UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

**DEREK MORTLAND**,

    Plaintiff,

v.

**SHIFU LLC**,

    Defendant.

CASE NO. 22-cv-00719

HON. Paul L. Maloney

MAG. Ray Kent

| | |
|---|---|
| BLAKEMORE, MEEKER & BOWLER CO., L.P.A.<br>Colin G. Meeker (Ohio Bar No. 0092980)<br>Attorneys for Plaintiff<br>495 Portage Lakes Dr.<br>Akron, OH 44319<br>(330) 253-3337<br>cgm@bmblaw.com | JACKSON LEWIS P.C.<br>Gillian Yee (P68972)<br>Blaine A. Veldhuis (P78840)<br>Attorneys for Defendant<br>2000 Town Center, Suite 1650<br>Southfield, MI 48075<br>(248) 936-1900<br>Gillian.Yee@jacksonlewis.com<br>Blaine.Veldhuis@jacksonlewis.com |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Derek Mortland and Defendant Shifu LLC, by and through their legal counsel, provide this Joint Notice of Settlement.  The parties have agreed in principle to resolve this matter in its entirety with prejudice.  The parties are finalizing the terms of the agreement to resolve this matter. Defendant submits this Notice in lieu of a responsive pleading.  Plaintiff has no objection to the tolling of the deadline for Defendant's first responsive pleading to allow the parties to finalize this matter.  The parties anticipate they will be submitting a stipulated order of dismissal of this matter, with prejudice, within the next 30 days.

APPROVED AS TO FORM AND SUBSTANCE:

By: /s/ Colin G. Meeker (with consent)

By: /s/ Blaine A. Veldhuis
JACKSON LEWIS P.C.

| | |
|---|---|
| BLAKEMORE, MEEKER & BOWLER CO., L.P.A.<br>Colin G. Meeker (Ohio Bar No. 0092980)<br>Attorneys for Plaintiff<br>495 Portage Lakes Dr.<br>Akron, OH 44319<br>(330) 253-3337<br>cgm@bmblaw.com | Gillian Yee (P68972)<br>Blaine A. Veldhuis (P78840)<br>Attorneys for Defendant<br>2000 Town Center, Suite 1650<br>Southfield, MI 48075<br>(248) 936-1900<br>Gillian.Yee@jacksonlewis.com<br>Blaine.Veldhuis@jacksonlewis.com |
| Dated: October 3, 2022 | Dated: October 3, 2022 |

4854-8256-3894, v. 1